UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QIUYI LI,

                    Plaintiff,

-against-

SECRETARY ALEJANDRO MAYORKAS et al.,

                    Defendants.
------------------------------------------------------------X

22 Civ. 3029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS on April 12, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

    **ORDERED** that the Government shall, by **May 25, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **June 8, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: May 4, 2022
       New York, New York

                                  LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE